FILED
SEP 08 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26CR00123SNLJ-ACL |
| | ) | |
| ALVIN OATSVALL, | ) | 18 U.S.C. § 922(n); |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

**Count I**

THE GRAND JURY CHARGES THAT:

On or about August 13, 2026, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri, the defendant,

**ALVIN OATSVALL,**

in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements, which statements were intended and likely to deceive the licensed dealer of firearms as to facts material to the lawfulness of such disposition of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not then under indictment or information in any court for a felony, or any other crime for which he could have been imprisoned for more than one year, on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473 Firearms

Transaction Records, which representations were false, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**Count II**

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 13, 2026, in Pemiscot County, within the Southeastern Division of the Eastern District of Missouri,

**ALVIN OATSVALL,**

the defendant herein, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm that had been shipped or transported in interstate commerce, in violation of 18 U.S.C. § 922(n), and punishable under 18 U.S.C. § 924(a)(1)(D).

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY

______________________________
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY